HERMAN M. DIAMOND, PLAINTIFF-PROSECUTOR, v. GUSTAV BACH, COUNTY CLERK, ET AL., DEFENDANTS-RESPONDENTS.

Argued June 18, 1931—Decided May 16, 1932.

Before Justices TRENCHARD and DONGES.

For the prosecutor, *John Warren.*

For the respondents, *Herbert Clark Gilson.*

PER CURIAM.

Application is made for a writ of *certiorari* to review a judgment entered in the District Court of the First Judicial District of Hudson County, which judgment was subsequently docketed in the Hudson County Circuit Court.

A writ of *certiorari* was granted applicant on September 1st, 1922, which was in 1926 dismissed for lack of prosecution.

In view of the circumstances of the case, as presented to us, we are constrained to deny the application for a writ of *certiorari.*

The application is denied, with costs.